Matter of Lebda v Touro Coll. Sch. of Educ.

2026 NY Slip Op 02783

May 5, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Amira A. Lebda, Petitioner-Appellant,

v

Touro College School of Education, Respondent-Respondent.

Decided and Entered: May 05, 2026

Index No. 101271/24|Appeal No. 6509|Case No. 2025-02994|

Before: Webber, J.P., Moulton, Mendez, Higgitt, Michael, JJ.

Amira A. Lebda, appellant pro se.

Bond, Schoeneck & King, PLLC, White Plains (Michael P. Collins of counsel), for respondent.

[*1]

Appeal from order, Supreme Court, New York County (Denise M. Dominguez, J.), entered on or about November 8, 2024, in this proceeding brought pursuant to CPLR article 78, which denied petitioner's order to show cause seeking a change in grades received while enrolled at respondent Touro College School of Education and reinstatement to the program from which she had been dismissed, unanimously dismissed, without costs, for failure to perfect the appeal in accordance with the CPLR.

An appellant is obliged to assemble a proper record on appeal (see CPLR 5526). Petitioner's failure to include her claim filed with the New York State Division of Human Rights (DHR) or the determination of the DHR underlying this article 78 proceeding in the record before us "renders meaningful appellate review of this matter impossible"

(Sebag v Narvaez, 60 AD3d 485, 486 [1st Dept 2009], lv denied 13 NY3d 711 [2009]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 5, 2026